JUNE 9, 1975

No. 74–1296. WATER TRANSPORT ASSN. ET AL. *v.* UNITED STATES ET AL.; and

No. 74–1297. AMERICAN WATERWAYS OPERATORS, INC., ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from

D. C. D. C.   Mr. Justice Powell took no part in the consideration or decision of these appeals.